# Affidavit of Service

United States District Court  Southern District, NEW YORK County, New York
CASE NO.: **13CV7987**
Plaintiff / Petitioner: STEVEN BUCCI
Defendant / Respondent: POLICE OFFICER KYLE GARDNER SHIELD#408

> Network Provided
> Time - 12:49 PM
> Date - June 02, 2014
> GPS
> 40.931561 -73.898621

State of New York: County of Nassau:

I **Mitchell Raider** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in NASSAU County in the state of New York.

That on **June 02, 2014** at **12:49 PM** at **104 SOUTH BROADWAY, YONKERS, NY 10701**, deponent served the within **Amended Summons and Complaint** on **POLICE OFFICER KYLE GARDNER SHIELD#408** (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

SUITABLE AGE PERSON

By delivering thereat a true copy of each to Officer Rodriguez, CO-WORKER (), a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's work place and their reply was affirmative.

Deponent also enclosed a copy of the same in a postpaid sealed envelope, properly addressed to recipient's place of work at 104 SOUTH BROADWAY, YONKERS, NY 10701 by regular mail and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of New York on 6/3/14

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: **Black, Female, 5' 4", 130 - 140 lbs, Brown hair, Brown eyes, 35 - 40 years**

**Server Comments**

_____
Mitchell Raider

License# 1452036
Your File/Reference Number: **FILE#20306**
Court Date:  Cost of Service: **45.00**
**Notary Section**

Subscribed and affirmed, or sworn to before me this 3rd day of June, 2014.

Notary Public: _____
Commission Expires: _____
Prepared by:
Phone:  Fax:

YINA E. RAMIREZ
Notary Public – State of New York
No. 01RA6255797
Qualified in New York County
Commission Expires 2/13/2016